IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DALE B. ADAMS                                                                                                PLAINTIFF

v.                                       Case No. 3:11-CV-03043

UNITED STATES DEPARTMENT OF
LABOR/OSHA; and HILDA SOLIS,
United States Secretary of Labor                                                                   DEFENDANTS

**O R D E R**

Currently before the Court is the Report and Recommendation (Doc. 51) filed in this case on August 13, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. The objection period has passed without objections being filed by either party.[1]

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, IT IS ORDERED that Plaintiff's Motion for Injunction (Doc. 23) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment (Doc. 30) is DENIED.

---

[1] The Court notes that Mr. Adams did ask the Court on August 10, 2012, in case 3:12-cv-03076-PKH, to dismiss "every FOIA case" he had filed with this Court, including the instant matter. (Doc. 4, case 3:12-cv-03076-PKH). He withdrew that request just 13 days later on August 23, 2012. (Doc. 5, case 3:12-cv-03076-PKH).

IT IS SO ORDERED this 26th day of September, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE