IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DALE B. ADAMS     PLAINTIFF

v.     Civil No. 11-3043

UNITED STATES DEPARTMENT OF
LABOR/OSHA; and HILDA SOLIS,
United States Secretary of Labor     DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Dale B. Adams, filed this case under the provisions of the Freedom of Information Act (FOIA), 5 U.S.C. §§ 552 *et seq.*[1]  He proceeds *pro se* and *in forma pauperis.*

On November 15, 2013, Defendants filed a motion for summary judgment (Doc. 61). Under Rule 7.2(b) of the Local Rules for the Eastern and Western Districts of Arkansas, Plaintiff had fourteen days from the date of service to respond. To date, Plaintiff has not responded to the motion.  He has not communicated to the Court in anyway.

I therefore recommend that the case be dismissed with prejudice for failure to prosecute. Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this day 6th of August 2014.

                /s/ *J. Marschewski*
                HON. JAMES R. MARSCHEWSKI
                CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Adams originally also asserted a claim under the Administrative Procedure Act (APA), 5 U.S.C. §§ 701 *et seq.*  However, this claim was dismissed on January 25, 2012 (Doc. 37).

AO72A
(Rev. 8/82)